[Nos. 17378-0-III; 18368-8-III;   Division Three.   November 14, 2000.] 18720-9-III.

### *In the Matter of the Welfare of* SIERRA M.S.
JON STRENGE, *Appellant*, v. CHERYL MCCABE-WOODARD, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, No. 93-5-00402-3, Neal Q. Rielly and Ellen K. Clark, JJ., entered October 7, 1997 and March 11 and August 17, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 18805-1-III.   Division Three.   November 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN DAVID PENA, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 99-1-00017-2, Rebecca M. Baker, J., entered October 7, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18886-8-III.   Division Three.   November 14, 2000.]

VANCE W. DIGHANS, *Appellant*, v. NORDSTROM, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-03614-8, James M. Murphy, J., entered October 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18627-0-III.   Division Three.   November 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIAL AARON LANDSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 98-1-00192-0, Larry M. Kristianson, J., entered July 2, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.